

11/18/2019 Case: 1:20-cv-00543 Document #: 1-2 Filed: 01/28/20 Page 1 of 6 PageID #:26 Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Nov 18 04:16:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 5 out of 7**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | ROOR |
| **Goods and Services** | IC 034. US 002 008 009 017. G & S: SMOKER'S ARTICLES, NAMELY, GLASS PIPES, BONGS, WATER PIPES, WATER PIPES OF GLASS. FIRST USE: 19961010. FIRST USE IN COMMERCE: 19961010 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETS-2 ROOR Two letters or combinations of multiples of two letters<br>SHAPES-OVALS Oval figures or designs including incomplete ovals and one or more ovals |
| **Serial Number** | 77653139 |
| **Filing Date** | January 21, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;44E |
| **Published for Opposition** | June 16, 2009 |
| **Registration Number** | 3675839 |
| **Registration Date** | September 1, 2009 |
| **Owner** | (REGISTRANT) BIRZLE, MARTIN INDIVIDUAL FED REP GERMANY AM ROSENGARTEN 3 FRANKENTHAL FED REP GERMANY 67227<br><br>(LAST LISTED OWNER) REPUBLIC TECHNOLOGIES (NA), LLC LIMITED LIABILITY COMPANY DELAWARE 2301 RAVINE WAY GLENVIEW ILLINOIS 60025 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Antony J. McShane |
| **Prior** | 2235638;2307176 |

tess2.uspto.gov/bin/showfield?f=doc&state=4805:rwhe7e.4.5 1/2

| | |
|---|---|
| **Registrations** | |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the term "ROOR" in stylized font with the last "R" facing backwards. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



11/18/2019 Case: 1:20-cv-00543 Document #: 1-2 Filed: 01/28/20 Page 3 of 6 PageID #:28
Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Nov 18 04:16:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 6 out of 7**

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | ROOR |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, SWEATERS, SOCKS, HATS, CAPS AND FOOTWEAR<br><br>IC 034. US 002 008 009 017. G & S: SMOKER'S ARTICLES, NAMELY, CIGARETTES, CIGARS, TOBACCO POUCHES, HUMIDORS, TOBACCO SPITTOONS, CHEWING TOBACCO, SMOKING TOBACCO AND MATCHES |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75514874 |
| **Filing Date** | July 7, 1998 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | October 19, 1999 |
| **Registration Number** | 2307176 |
| **Registration Date** | January 11, 2000 |
| **Owner** | (REGISTRANT) BIRZLE, MARTIN INDIVIDUAL FED REP GERMANY Am Rosengarten 3 67227 Frankenthal FED REP GERMANY<br><br>(LAST LISTED OWNER) REPUBLIC TECHNOLOGIES (NA), LLC LIMITED LIABILITY COMPANY DELAWARE 2301 RAVINE WAY GLENVIEW ILLINOIS 60025 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

tess2.uspto.gov/bin/showfield?f=doc&state=4805:rwhe7e.4.6 1/2

| | |
|---|---|
| **Attorney of Record** | Antony J. McShane |
| **Priority Date** | March 20, 1998 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091106. |
| **Renewal** | 1ST RENEWAL 20091106 |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

11/18/2019 Case: 1:20-cv-00543 Document #: 1-2 Filed: 01/23/20 Page 5 of 6 PageID #:30 Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Nov 18 04:16:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 7 out of 7**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

ROOR

| | |
|---|---|
| **Word Mark** | ROOR |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: glass bowls; glass boxes; [ lamp glass brushes; busts, figures, figurines, sculptures, statuettes and statues made of crystal, china, earthenware, glass, porcelain and terra cotta; ] glass casters; [ glass fabrics for industrial use; glass fibers for reinforcing plastics and non-textile purposes; enameled, ground plate, opal, opaline, polished plate, pressed, smoothed plate, speckled, spun, stained, stamped, and unwrought glass; ] glass beverageware and bowls; [ containers for household use, namely, glass bulbs; glass etched by acid; plate glass for cars; glass for signal lights and headlights on vehicles; unfinished glass for vehicle windows; glass mosaics not for buildings; ] glass rods, stoppers, [ threads for non-textile purposes and yarns; ] glass tubes not for scientific purposes [ ; glass wool not for insulation; jars for jams and jellies made of earthenware, glass and porcelain; glass knobs; glass mugs and pans; ornaments made of china, crystal, glass, porcelain and terra cotta, not for Christmas trees; stained glass decorations and figurines ] |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75241572 |
| **Filing Date** | February 13, 1997 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | January 5, 1999 |
| **Registration Number** | 2235638 |
| **Registration Date** | March 30, 1999 |
| **Owner** | (REGISTRANT) BIRZLE, MARTIN INDIVIDUAL FED REP GERMANY Am Rosengarten 3 67227 Frankenthal FED REP GERMANY |

tess2.uspto.gov/bin/showfield?f=doc&state=4805%3Arwhe7e.4.7 1/2

| | |
|---|---|
| | (LAST LISTED OWNER) REPUBLIC TECHNOLOGIES (NA), LLC LIMITED LIABILITY COMPANY DELAWARE 2301 RAVINE WAY GLENVIEW ILLINOIS 60025 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Antony J. McShane |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190221. |
| **Renewal** | 2ND RENEWAL 20190221 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY