AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

REPUBLIC TECHNOLOGIES (NA), LLC, and
SREAM, INC.,

CASE NUMBER: 20-CV-543

V.

ASSIGNED JUDGE:

SHAILESH PATEL d/b/a TOBACCO SHOP
and SHAILESH PATEL

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

SHAILESH PATEL
2851 N Southern Hills Dr
Wadsworth, IL 60083

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher V. Langone
Langone, Johnson & Cassidy, LLC
3033 North Clark Street
Chicago, IL 60635

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

March 30, 2020

(By) DEPUTY CLERK

DATE



**FILED**
4/29/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

April 20, 2020

United States District Court
NORTHERN DISTRICT OF ILLINOIS

RE: Republic Technologies (NA), LLC and Sream, Inc. v Shailesh Patel d/b/a Tobacco Shop
Case Number 20-CV-543 in Northern District of Illinois.

Attn: Thomas G Bruton, Clerk

This response is regarding the above referred case Summons received by me.

At the outset I unequivocally disagree with the charges levied against me and my business Tobacco Shop in this summons.

I have never willingly or unwillingly indulged into peddling any unauthorized, illegal or spurious product sales in my business. I am an upright small business trying to make my living in an honest manner.

The alleged sales referred in this matter may have happened before almost 3 years, but nowhere in my store it is mentioned or promoted that we sell RooR brand of products. In my lifetime of my business we may not sold even 5 quantity of such products, and therefore I'm appalled by the charges levied against me or my business suggesting that we have indulged into doing harm to the RooR brand of products in a systematic and in sustained manner.

That said, we are going through some extra ordinary times due to this Covid 19 crises in the country. Our store has been closed since the outbreak of Covid pandemic. It is therefore very challenging for me to find a defense attorney in this short period of time.

I therefore request the Honorary Clerk to grant me some additional time such that I can get a defense Council and appropriately respond to this Summons. I am hoping this pandemic situation to return to normal soon, and as soon as it happens, we will try to open our business, Tobacco Shop, and be ready to deal with the challenges of being a small business entrepreneur, including taking care of such unexpected curve balls!

As requested, please grant additional reasonable time, in keeping with the ground conditions and let me know such that I have time to be able to present my defense. I will really appreciate

your cooperation and thank you for the additional time consideration. I am also sending a CC of my request to the Plaintiff's Attorney as a matter of his perusal.

Sincerely,

Shailesh Patel
Tobacco Shop
438 N Green Bay road
Waukegan, IL 60085

CC:
Attorney Christopher V Langone
Langone, Johnston & Cassidy, LLC
17 N Wabash Ave STE 500
Chicago, IL 60602

Tobacco Shop
Attn: Shailesh Patel
438 N Green Bay Rd
Waukegan, IL 60085



**CERTIFIED MAIL**

7019 1640 0001 7007 7549





U.S. POSTAGE PAID
FCM LETTER
ROUND LAKE, IL
60073
APR 20, 20
AMOUNT
$4.10
R2304H109414-05

United States Courthouse
Attn: Thomas G Bruton, Office of the Clerk
219 South Dearborn Street
Chicago, IL 60604

60604-170299