IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:20-cv-543 (Judge Durkin)

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

v.

SHAILESH PATEL d/b/a TOBACCO SHOP and SHAILESH PATEL,

        Defendants.
_____/

**STATUS REPORT**

Pursuant to the Third Amended General Order 20-0012, Plaintiffs' submit this concise status report.

1. This case was filed on January 14, 2020.

2. Defendant SHAILESH PATEL d/b/a TOBACCO SHOP was served on April 20, 2020 (Dkt. 7), with an answer due. June 6, 2020 (including the extension granted by Third Amended General Order 20-0012).

3. Defendant SHAILESH PATEL was served on was served on April 20, 2020 (Dkt. 7), with an answer due. June 6, 2020 (including the extension granted by Third Amended General Order 20-0012).

        Respectfully Submitted,

        /s/ Christopher V. Langone

3033 N. Clark
Chicago, IL 60657
(312) 344-1945
langonelaw@gmail.com