UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Republic Technologies (NA), LLC, et al.
                                        Plaintiff,

v.                                                       Case No.: 1:20−cv−00543
                                                              Honorable Thomas M. Durkin

Shailesh Patel, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 19, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: The parties are to file a joint status report by 7/20/2020. The status report should include a proposed discovery cut off and report of any settlement discussions.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.